LAW OFFICES OF COURTNEY M. COATES
COURTNEY M. COATES - 203448
26201 Ynez Road, Suite 103
Temecula, CA 92591
P: (951) 595-8118
F: (951) 296-2186
ccoateslaw@gmail.com

Attorneys for Defendant
DALE MA, GLORIA GARDUNO
GUADALUPE ROJAS
ROSCOE BK RESTAURANT, INC.

Law Offices of Courtney M. Coates
31938 Temecula Parkway, Suite A-334
Temecula, CA 92592

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

AL DAVIS, an individual,

Plaintiff,

v.

DALE MA et al.
ROSOCE BK RESTAURANT, INC.

Defendants.

No. EDCV 10-01483 VAP (DTBX)

**DEFENDANT'S SEPARATE STATEMENT OF UNCONTROVERTED FACTS**

Action Filed: 10/04/10
Trial Date: 03/06/12
The Honorable Virginia A. Phillips
Hearing Date: 1/02/12
Time: 2:00 p.m.
Courtroom 2
The Honorable Virginia A. Phillips

Defendants, and each of them, hereby submit their Separate Statement of Uncontroverted Facts in support of their motion for summary judgment. The facts should be presumed undisputed for the limited purpose of this motion.

Law Offices of Courtney M. Coates
31938 Temecula Parkway, Suite A-334
Temecula, CA 92592

**DEFENDANTS' STATEMENT OF UNCONTROVERTED FACTS**

| Defendants' Statement of Uncontroverted Facts And Supporting Evidence | Plaintiff's Response And Evidence |
|---|---|
| 1. Al Davis claims that, on December 28, 2008, he went for food and beverages to the Burger King restaurant located at 15554 Roscoe Boulevard, Van Nuys, CA. (Compl., ¶12; Davis Depo., 88:3-11) | |
| 2. Al Davis admits that he was accompanied by a puppy in the process of being trained to assist him in walking and balance. (Compl., ¶12; Davis Depo., 124:15-22 (Vol. II), Ex. 5) | |
| 3. Al Davis claims that his dog is | |

Law Offices of Courtney M. Coates
31938 Temecula Parkway, Suite A-334
Temecula, CA 92592

| | |
|---|---|
| being prevented from getting well trained as a service dog. (Compl., ¶12) | |
| 4. Davis admits he is seeking to return to the Burger King "for further training . . . so the dog will be a capable and well trained service dog in public restaurants." (Id.) | |
| 5. Davis claims that prior to visiting the Burger King he had just licensed the puppy. (Compl., ¶12) But the City of Rancho Cucamonga did not issue a general dog license to Al Davis' puppy until February 2009, because the dog had not yet been vaccinated for rabies. (Hintz Decl., ¶7, Ex. 4) | |
| 6. On November 24, 2008, Al Davis certified in an "Affidavit of Training" to the City of Rancho Cucamonga that his nine-week old puppy "has been trained" as an | |

| | |
|---|---|
| "assistance dog." (Davis Depo., 183:21 to 184:20 (dated 9/8/09), which authenticates "Affidavit of Training (Davis 002)," attached to Coates Decl., ¶3, Ex. 6; see also Davis Depo., 114:15 to 115:18, attached to Coates Decl., Ex. 5; Hintz Decl., ¶6) | |
| 7. At deposition, when asked if his dog, Barack, assisted him in walking or balance in December of 2008, Al Davis responded: "No." The dog was in training for future support. (Davis Depo., 74:22 to 75:13 (Vol. 1),181:17-24 (Vol. II), attached to Coates Decl., as Ex. 5).) | |
| 8. Outside of serving as a mental "reminder" for Al Davis not to put weight on his left side, Barack did not physically assist Al Davis in walking or balancing in December 2008. (Davis | |

Law Offices of Courtney M. Coates
31938 Temecula Parkway, Suite A-334
Temecula, CA 92592

Law Offices of Courtney M. Coates
31938 Temecula Parkway, Suite A-334
Temecula, CA 92592

| | |
|---|---|
| Depo., 181:2-24, attached to Coates Decl., Ex. 5) | |
| 9. Al Davis was using a cane inside the Burger King for support and balance while walking. (Davis Depo., 73:9-12, attached to Coates Decl., Ex. 5) | |
| 10. Upon issuing a service dog tag to Barack, the City of Rancho Cucamonga's Department of Animal Care and Services relied upon Al Davis' Affidavit of Training which certified that his puppy, Barack had already been specially trained for his disability. The City does not perform any independent examination or testing to confirm whether service dogs are trained. The City solely relies upon the certification made in the owner's Affidavit of Training. (Hintz Decl., ¶6.) | |

Law Offices of Courtney M. Coates
31938 Temecula Parkway, Suite A-334
Temecula, CA 92592

| | |
|---|---|
| 11. Although there is no express minimum age requirement for a service dog, the City of Rancho Cucamonga expects owners of service dogs to comply with all health and licensure requirements applicable to dog owners, generally. (Hintz Decl., ¶3; Food & Agric. Code §30851; Health & Safety Code §121690.) | |
| 12. The Rabies Certificate, dated December 31, 2008, issued by Banfield Pet Hospital states that Al Davis' puppy, Barack, weighed 37 pounds. (Davis Depo.,171:3-7, attached to Coates Decl., ¶3, Ex. 6) | |
| 13. Al Davis has weighed as much as 238 pounds in the last five years. (Davis Depo., 171:3-7, 180:2-4 (Vol. II), attached to Coates Decl., Ex. 5.) | |
| 14. Al Davis did not obtain a rabies | |

Law Offices of Courtney M. Coates
31938 Temecula Parkway, Suite A-334
Temecula, CA 92592

| | |
|---|---|
| vaccination for his puppy, Barack, until three days after visiting the Burger King on December 31, 2008. (Cossar Decl., ¶2; Coates Decl., ¶3, Ex. 6, identified as "Preventive Examination Report" and "Rabies Certificate"), authenticated at Davis Depo., 193:8 to 194:6; Boparai Decl., ¶¶2-3; Hintz Decl., ¶6) | |
| 15. In Al Davis' prior-filed ADA discrimination case, *Mr. Davis v. Avish Partnership*, CV-09-00580 RGK, Davis admitted that he could not adequately use Barack as a service animal after nine weeks because the dog was only in training. (Davis Depo., 184:24 to 185:3, attached to Coates Decl., Ex. 6) | |
| 16. In December 2009, nearly one year after the alleged incident at the Burger King, Al Davis did not want to bring his dog into the Roybal | |

Law Offices of Courtney M. Coates
31938 Temecula Parkway, Suite A-334
Temecula, CA 92592

| | |
|---|---|
| courthouse for his jury trial because the dog was still a "very active, playful dog," and, in Al Davis' own words, "I didn't want to chance it." (Coates Decl., ¶8, Ex. 9 [R.T., 77:17-24]) | |
| 17. The 37-pound puppy, Barack, was not mature or large enough to physically assist a 200-pound Davis with walking or balance. (Montrucchio Decl., ¶¶20-23; Davis Depo., 171:3-7 (Vol. II), attached to Coates Decl., Ex. 5.) | |
| 18. Plaintiff Davis admits that, even with his disability, he could lift or push items weighing ten pounds or less. (Davis Depo., 52:6-10, attached to Coates Decl., Ex. 6) | |
| 19. Al Davis did not bring his dog, Barack, to any of the depositions in Los Angeles on September 8, 2011, | |

Law Offices of Courtney M. Coates
31938 Temecula Parkway, Suite A-334
Temecula, CA 92592

| | |
|---|---|
| September 15, 2011, and October 7, 2011. Davis has subsequently objected to and not produced the dog for expert examination relying upon attorney-client privilege, relevance, and FRE 702 objections. (Coates Decl., ¶¶10-16, Ex. 12, 13.) | |
| 20. Al Davis can walk without the assistance of a cane. (R.T., 77:8-19, attached to Coates Decl., Ex. Ex. 9) | |
| 21. For recreation, Davis tries to walk a mile around his home. [Davis Depo., 56:5-6]; *see also* Ex. 9 [R.T., 74:19-21]). | |
| 22. Davis stopped his therapy for his back injury because he felt he no longer needed it. (Coates Decl., Ex. 9 [R.T., 72:19-25 to 73:1-8]. | |
| 23. Davis works out at his home with a Total Gym for 15-20 minutes a | |

Law Offices of Courtney M. Coates
31938 Temecula Parkway, Suite A-334
Temecula, CA 92592

| | |
|---|---|
| day to gain muscle strength. (Id., R.T, 74:1-2). | |
| 24. Davis acquired a basketball court after his injury. (Id., R.T., 74:13-18) | |
| 25. Davis goes on dates with his girlfriend, including restaurants and the shopping mall, without a cane or a dog. (Id., R.T. 74:22-25 to 75:12) | |
| 26. In December 2009, one year after the alleged discrimination, Davis admitted at his jury trial in another discrimination case he filed, *Mr. Davis v. Avish Partnership*, CV09-00580RGK, that his dog, Barack, was still in training. (R.T., 62: 23 to 63:1, attached to Coates Decl., Ex. 9) At that time, the dog was a year old. (Id.) | |
| 27. After a unanimous defense verdict, Judge Klausner sanctioned Al | |

Law Offices of Courtney M. Coates
31938 Temecula Parkway, Suite A-334
Temecula, CA 92592

| | |
|---|---|
| Davis for filing a frivolous lawsuit and failing to provide any evidence of disability. (RJN, Ex. 17.) | |
| 28. The Rabies Certificate issued by Banfield Pet Hospital shows that the dog was only 13-weeks old on December 31, 2008. (Coates Decl., ¶3, Ex. 6; Hintz Decl., ¶4.) | |
| 29. Effective December 2, 2007 through 2011, the California Director of Public Health officially declared 58 counties "rabies areas," including Los Angeles and San Bernardino, due to the public hazard caused by rabies. As a result, the San Bernardino County Department of Public Health issued a Statement of Enforcement for local animal control agencies to implement California's Rabies Control Program. (Request for Judicial Notice, Exs. 14, 15) | |

Law Offices of Courtney M. Coates
31938 Temecula Parkway, Suite A-334
Temecula, CA 92592

| | |
|---|---|
| 30. In “rabies areas,” all dogs under four months and until vaccinated must be confined to the owner’s premises or placed under physical constraint. (Hintz Decl., ¶3; SB County, §32.0109 attached to Request for Judicial Notice, Ex. 16;; California Health & Safety Code §121690) | |
| 31. Al Davis explained to the young lady working at the Burger King that the dog was being trained to be a service animal. (Davis Depo., 196:10-15 (Vol. II), attached to Coates Decl., Ex. 5) | |
| 32. In December 2008, the Burger King had an express written policy in its Manual of Operating Data regarding disabled patrons, including persons accompanied by service animals. (Ma Decl., ¶¶2-3, Ex. 1) | |

Law Offices of Courtney M. Coates
31938 Temecula Parkway, Suite A-334
Temecula, CA 92592

| | |
|---|---|
| 33. Burger King's written policy requires employees to serve disabled patrons who are accompanied by service animals. Under Section 5.A., of the Franchise Agreement, the franchisor mandates that the Burger King comply with its operating standards and specifications established by the franchisor in its sole discretion. (Ma Decl., ¶4, Ex. 2) Under Section 18.A of the Franchise Agreement, the Burger King's failure to comply with operational standards may result in forfeiture of the Burger King franchise and other penalties. (*Id*.) | |
| 34. Burger King's Director of Operations confirms that the signage on the front of the Burger King restaurant specifically stated: "NO ANIMALS | |

Law Offices of Courtney M. Coates
31938 Temecula Parkway, Suite A-334
Temecula, CA 92592

| | |
|---|---|
| ALLOWED EXCEPT FOR SERVICE ANIMALS" and "NO ANIMALS ALLOWED EXCEPT AS ALLOWED BY STATE LAW." (Ma Decl., ¶5, Ex. 3) | |
| 35. Davis does not claim anywhere in his complaint to have a mental disability or chronic memory lapses to need a constant reminder on how to walk with his cane. (Compl., *generally*) | |

November 25, 2011 LAW OFFICES OF COURTNEY M. COATES

*/s/ Courtney M. Coates*
COURTNEY M. COATES, ESQ,
Attorneys for DALE MA, GLORIA GARDUNO; GUADALUPE ROJAS. ROSCOE BK RESTAURANT, INC.