JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL DAVIS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DALE MA; ROSCOE BK ) <br> RESTAURANT, INC.; GLORIA ) <br> GARDUNO; AND GUADALUPE ) <br> ROJAS, ) <br> ) <br> Defendants. ) <br> _____ | Case No. EDCV 10-01483 <br> VAP(DTBx) <br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that judgment be entered in favor of Defendants and that Plaintiff take nothing on his Complaint, and his action be DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: January 24, 2012

                                              VIRGINIA A. PHILLIPS
                                       United States District Judge